*LaVallee*, 389 U. S. 40; *Long* v. *District Court of Iowa*, 385 U. S. 192; *Draper* v. *Washington*, 372 U. S. 487); counsel on appeal (*Douglas* v. *California*, *supra*); or the fee cases (*Burns* v. *Ohio*, 360 U. S. 252; *Smith* v. *Bennett*, 365 U. S. 708). All of those dealt with post-trial review. Here the alleged denial of equal protection destroyed whatever chance petitioner had *at trial*. This is a question which ought to be decided and I would set the case for oral argument.

No. 5693. JOHNSON v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 5497. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. [For earlier order herein, see 400 U. S. 863.]

No. 6128. WRIGHT v. WOODS. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6331. BERRIER v. UNITED STATES. C. A. 4th Cir. Motion of Christian Anti-Defamation League for leave to file a brief as *amicus curiae* denied. Certiorari denied.

No. 44. PROCUNIER, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS v. ATCHLEY, 400 U. S. 446; and

No. 861. BURTMAN ET AL. v. UNITED STATES, 400 U. S. 1020. Petitions for rehearing denied.